# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE SPRINGFIELD,<br><br>    Petitioner,<br><br>    v.<br><br>VIMAL SINGH, Warden,<br><br>    Respondent. | NO. CV 07-5059 CJC (FMO)<br><br>**ORDER ACCEPTING FINDINGS,<br>CONCLUSIONS AND RECOMMENDATIONS<br>OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has conducted a <u>de novo</u> review of the Petition, all of the records herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court approves and accepts the Magistrate Judge's Report and Recommendation. Accordingly, IT IS ORDERED THAT:

1. Judgment shall be entered granting Grounds One and Four of the Petition.

2. Respondent is directed to release petitioner unless the State of California elects to grant petitioner a new trial within one hundred and twenty (120) days.

3. The Clerk shall serve copies of this Order and the Judgment herein on the parties.

DATED: June 22, 2012.

                                            CORMAC J. CARNEY<br>
                                    UNITED STATES DISTRICT JUDGE