JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE SPRINGFIELD, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> VIMAL SINGH, Warden, ) <br> ) <br> Respondent. ) <br> ) | NO. CV 07-5059 CJC (FMO) <br><br> **JUDGMENT** |

IT IS ADJUDGED that Grounds One and Four of petitioner's Petition for Writ of Habeas Corpus are **granted**. Respondent is directed to release petitioner unless the State of California elects to grant petitioner a new trial within one hundred and twenty (120) days of entry of Judgment.

DATED: June 22, 2012.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE